C. YONG JEONG, ESQ. (SBN 255244)
jeong@jeonglikens.com
JEONG & LIKENS, L.C.
1010 Wilshire Blvd., Suite 715
Los Angeles, California 90017
Tel. 213-688-2001
Fax. 213-688-2002

Attorney for Plaintiff, NS INT'L TEXTILES

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NS INT'L TEXTILES, a South Korea Corporation;<br><br>Plaintiff,<br><br>vs.<br><br>VANILLA MONKEY LTD., a California Company; SEOK EUN KANG, an individual; ASOS US, INC., a Delaware Corporation; and DOES 1 through 10, inclusive,<br><br>Defendants | Case No. 2:17-cv-06605-FMO-PJW<br>**STIPULATION FOR DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(ii)**<br><br>*Honorable Fernando M. Olguin* |

## **STIPULATION FOR DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff NS INT'L TEXTILES and Defendants VANILLA MONKEY LTD.; SEOK EUN KANG that Defendants VANILLA MONKEY LTD. and SEOK EUN KANG are dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the *Federal Rules of Civil Procedure*.

Each party shall bear their own costs and attorney fees.

1
2  Dated: November 30, 2017          By:    /s/ *C. Yong Jeong*
3                                           C. Yong Jeong, Esq.
                                             Attorney for Plaintiff
4                                           NS INT'L TEXTILES.
5
6  Dated: November 30, 2017          By:    /s/ *Sung-Woo Choi*
                                             Sung-Woo Choi
7                                           Attorney for Defendants
                                             VANILLA MONKEY LTD; SEOK
8                                           EUN KANG
9
10       I hereby attest that all signatories listed above, on whose behalf this notice is
11 being submitted, concur in the filing's content and have authorized the filing.
12
13 Dated: November 30, 2017                 /s/ *C. Yong Jeong*
                                             C. Yong Jeong, Esq.
14                                          Attorney for Plaintiff
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**2**
**STIPULATION FOR DISMISSAL**