C. YONG JEONG, ESQ. (SBN: 255244)
jeong@jeonglikens.com
JEONG & LIKENS, L.C.
1010 Wilshire Blvd., Suite 715
Los Angeles, California 90017
Tel: 213-688-2001
Fax: 213-688-2002
Attorney for Plaintiff, NS INT'L TEXTILES

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NS INT'L TEXTILES, a South Korea Corporation;<br><br>    Plaintiff,<br><br>    vs.<br><br>VANILLA MONKEY LTD., a California Company; SEOK EUN KANG, an individual; ASOS US, INC., a Delaware Corporation; and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No: 2:17-cv-06605-FMO-PJW<br><br>**NOTICE OF ERRATA** |

**TO THE HONORABLE COURT, ALL INTERESTED PARTIES AND THEIR ATTORNEYS OF RECORD:**

Counsel for Plaintiff, C&SM INT'L hereby submits this Notice of Errata regarding the incorrect filing of JOINT REPORT PURSUANT TO FRCP RULE 26(f) AND LOCAL RULE 26-1, Docket No. 30. The appropriate e-signatures are not added on the Joint Report. A new JOINT REPORT PURSUANT TO FRCP RULE 26(f) AND LOCAL RULE 26-1 will be filed to correct the error.

1

1 | Dated: November 30, 2017

3 | By: /s/ C. Yong Jeong
4 | C. Yong Jeong, Esq.
   | JEONG & LIKENS, L.C.
5 | Attorney for Plaintiff NS INT'L TEXTILES