C. YONG JEONG, ESQ. (SBN 255244)
jeong@jeonglikens.com
JEONG & LIKENS, L.C.
1010 Wilshire Blvd., Suite 715
Los Angeles, California 90017
Tel. 213-688-2001
Fax. 213-688-2002

Attorney for Plaintiff, NS INT'L TEXTILES

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NS INT'L TEXTILES, a South Korea Corporation;<br><br>Plaintiff,<br><br>vs.<br><br>VANILLA MONKEY LTD., a California Company; SEOK EUN KANG, an individual; ASOS US, INC., a Delaware Corporation; and DOES 1 through 10, inclusive,<br><br>Defendants | Case No. 2:17-cv-06605-FMO-PJW<br>**STIPULATION FOR DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(ii)**<br><br>*Honorable Fernando M. Olguin* |

## **STIPULATION FOR DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff NS INT'L TEXTILES and Defendant ASOS US, INC. that the above-captioned action be dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the *Federal Rules of Civil Procedure*.

Each party shall bear their own costs and attorney fees.

---
1
**STIPULATION FOR DISMISSAL**

| | | | |
|---|---|---|---|
| 1 | Dated: January 3, 2018 | By: | /s/ *C. Yong Jeong* |
| 2 | | | C. Yong Jeong, Esq. |
| | | | Attorney for Plaintiff |
| 3 | | | NS INT'L TEXTILES. |

| | | | |
|---|---|---|---|
| 5 | Dated: January 3, 2018 | By: | /s/ *Raffi Vaheh Zerounian* |
| 6 | | | Janie L Thompson |
| | | | Raffi Vaheh Zerounian |
| 7 | | | Attorneys for Defendant ASOS US, INC. |

I hereby attest that all signatories listed above, on whose behalf this notice is being submitted, concur in the filing's content and have authorized the filing.

Dated: January 3, 2018        /s/ *C. Yong Jeong*
                              C. Yong Jeong, Esq.
                              Attorney for Plaintiff