JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NS INT'L TEXTILES, a South Korea Corporation;<br><br>Plaintiff,<br><br>vs.<br><br>VANILLA MONKEY LTD., a California Company; SEOK EUN KANG, an individual; ASOS US, INC.,<br>a Delaware Corporation; and DOES 1 through 10, inclusive,<br><br>Defendants | Case No: 2:17-cv-06605-FMO-PJW<br><br>**ORDER RE STIPULATION [36] FOR DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(ii)**<br><br>*Honorable Fernando M. Olguin* |

 The parties having so stipulated and agreed, the above-referenced case is hereby dismissed with prejudice and without an award of costs or fees to any party. Each party shall bear its own costs and attorney fees.

 IT IS SO ORDERED.

Dated: January 4, 2018

              /s/
              The Honorable Fernando M. Olguin
              United Stated District Judge