℀ AO 121 (6/90)

| TO: | |
|---|---|
| **Register of Copyrights**<br>**Copyright Office**<br>**Library of Congress**<br>**Washington, D.C. 20559** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION          ☐ APPEAL | COURT NAME AND LOCATION<br>United States District Court |
|---|---|
| DOCKET NO.<br>2:17-cv-6605 | DATE FILED<br>9/7/2017 | Central District of California, Western Division<br>312 North Spring Street, Rm G-8, Los Angeles, CA 90012 |

| PLAINTIFF<br>NS INT'L TEXTILES, a South Korea Corporation; | DEFENDANT<br>VANILLA MONKEY LTD., a California Company; SEOK EUN KANG, an individual; ASOS US, INC., a Delaware Corporation; and DOES 1 through 10, inclusive, |
|---|---|

| | COPYRIGHT<br>REGISTRATION  NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|---|
| 1 | VA0002003537 | NS2235R | NS INT'L TEXTILES |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment          ☐ Answer          ☐ Cross Bill          ☐ Other Pleading | | |
|---|---|---|---|
| | COPYRIGHT<br>REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
| 1 | | | |
| 2 | | | |
| 3 | | . | |

In the above-entitled case, a final decision was rendered on the date entered below.  A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☑ Order     ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes     ☑ No | DATE RENDERED<br>1/4/2018 |
|---|---|---|

| CLERK<br>KIRY K. GRAY | (BY) DEPUTY CLERK | DATE<br>1/4/2018 |
|---|---|---|

**DISTRIBUTION:**   1) Upon initiation of action,<br>mail copy to Register of Copyrights          2) Upon filing of document adding copyright(s),<br>mail copy to Register of Copyrights          3) Upon termination of action,<br>mail copy to Register of Copyrights

4) In the event of an appeal, forward copy to Appellate Court          5) Case File Copy

JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

NS INT'L TEXTILES, a South Korea
Corporation;

          Plaintiff,

          vs.

VANILLA MONKEY LTD., a
California Company; SEOK EUN
KANG, an individual; ASOS US,
INC.,
a Delaware Corporation; and DOES 1
through 10, inclusive,

          Defendants

Case No: 2:17-cv-06605-FMO-PJW

**ORDER RE STIPULATION [36]
FOR DISMISSAL PURSUANT TO
FRCP 41(a)(1)(A)(ii)**

*Honorable Fernando M. Olguin*

      The parties having so stipulated and agreed, the above-referenced case is hereby dismissed with prejudice and without an award of costs or fees to any party. Each party shall bear its own costs and attorney fees.

      IT IS SO ORDERED.

Dated:  January 4, 2018

                               /s/
                    The Honorable Fernando M. Olguin
                    United Stated District Judge

14055023.1